**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

RICHARD P. GLUNK, : No. 31 MAL 2015
:
Petitioner :
: Petition for Allowance of Appeal from the
: Order of the Commonwealth Court
v. :
:
:
:
DEPARTMENT OF STATE, :
:
Respondent :

## <u>ORDER</u>

**PER CURIAM**

　　**AND NOW**, this 10th day of June, 2015, the Petition for Allowance of Appeal is **DENIED**.